# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ANTHONY DEWAYNE WALKER　　　　　　　　　　　　　　　　PLAINTIFF
ADC #107683

v.　　　　　　　　　CASE NO. 2:17-CV-00132 BSM

WENDY KELLEY, et al.　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The proposed findings and partial recommendation [Doc. No. 8] submitted by United States Magistrate Judge Patricia S. Harris and plaintiff Anthony Walker's objections [Doc. No. 10] have been received. After *de novo* review of the record, the proposed findings and partial recommendation are adopted in their entirety. Accordingly, Walker's equal protection claim may proceed, and the remainder of his claims are dismissed without prejudice for failure to state a claim upon which relief can be granted. It is furthermore certified that an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 6th day of December 2017.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE