# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ANTHONY DEWAYNE WALKER,                                          PLAINTIFF
ADC #107683

v.                        CASE NO. 2:17-CV-00132 BSM

WENDY KELLEY, et al.                                                DEFENDANTS

## ORDER

After *de novo* review of the record, United States Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 64] is adopted. The defendants' motion for summary judgment [Doc. No. 45] is granted, and this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of August 2019.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE